JAN 1 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 0126-H |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| OSCAR ALEJANDRO MARTINEZ-MARTINEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about December 14, 2007, within the Southern District of California, defendant OSCAR ALEJANDRO MARTINEZ-MARTINEZ, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 428.91 kilograms (943.60 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: January 15, 2008.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
12/26/07