JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for OSCAR MARTINEZ-MARTINEZ

FILED
08 JAN 15 PM 2:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. OSCAR MARTINEZ-MARTINEZ, Defendant. | Case No. 07MJ2912  SUBSTITUTION OF ATTORNEY |

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of: **Steven E. Feldman**.

Dated: 1/7/07

_____
Oscar Martinez-Martinez
Defendant

Dated: 1/7/07

_____
John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated: 1/10/08

_____
Steven E. Feldman
Attorney at Law