FILED

08 JAN 15 PM 2:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07MJ2912 |
| Plaintiff, | ORDER |
| v. | |
| OSCAR MARTINEZ-MARTINEZ, | |
| Defendant. | |

### ORDER

IT IS HEREBY ORDERED that John F. Kelly be substituted as attorney of record in this matter.

DATED: 1/15/08

_____
United States Magistrtate Court Judge