FILED

JAN 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Criminal No. **08CR0126-H**
                          )
              Plaintiff,  ) **CONSENT TO RULE 11 PLEA IN A**
                          ) **FELONY CASE BEFORE UNITED**
v.                        ) **STATES MAGISTRATE JUDGE**
                          )
OSCAR ALEJANDRO MARTINEZ-MARTINEZ, )
                          )
              Defendant.  )
_____)

I have been advised by my attorney and by the United States
Magistrate Judge of my right to enter my plea in this case before
a United States District Judge.  I hereby declare my intention to
enter a plea of guilty in the above case, and I request and
consent to have my plea taken by a United States Magistrate Judge
pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the
United States Magistrate Judge, and the Magistrate Judge
recommends that the plea be accepted, the assigned United States
District Judge will then decide whether to accept or reject any
plea agreement I may have with the United States and will
adjudicate guilt and impose sentence.

I further understand that any objections to the Magistrate

08CR0126-H

1   Judge's findings and recommendation must be filed within 14 days
2   of the entry of my guilty plea.
3
4
5   Dated: 1/29/08                    X _____
6                                     OSCAR ALEXANDRO MARTINEZ-MARTINEZ
                                      Defendant
7
8
9   Dated: 1/29/08                    _____
10                                    JOHN F. KELLY
                                      Attorney for Defendant
11
12      The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.
15
16
17  Dated: 1/29/08                    _____
18                                    CALEB MASON
                                      Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28